Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 5 , 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR25-032 JNW** |
| Plaintiff, | **INDICTMENT** |
| v. | |
| DAVID DEMARIUS ROUTE, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT 1

### (Escape from Custody)

On or about June 25, 2024, in King County, within the Western District of Washington, DAVID DEMARIUS ROUTE knowingly escaped, and attempted to escape, from custody at the Pioneer Fellowship House, a Residential Re-Entry Center located in Seattle, Washington, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Washington upon conviction for the

//

Indictment - 1
United States v. Route
USAO No. 2024R00795

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | commission of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), on
2 | December 11, 2018.

3     All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL: yes

DATED: 5 MARCH 2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
C. ANDREW COLASURDO
Assistant United States Attorney

Indictment - 2
*United States v. Route*
USAO No. 2024R00795

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970