IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR25-32 JNW |
| Plaintiff, ) | |
| ) | |
| v. ) | UNOPPOSED MOTION TO CONTINUE |
| ) | TRIAL AND RESET DEADLINE FOR |
| DAVID ROUTE, ) | PRETRIAL MOTIONS |
| ) | |
| Defendant ) | NOTED FOR APRIL 18, 2025 |
| ) | |
| | [CLERK'S ACTION REQUIRED] |

David Route, by his attorney, Jeffrey Kradel, does hereby move for a continuance of the trial date in this matter from May 19, 2025, to September 8, 2025, and to reset the deadline for filing pretrial motions to July 28, 2025.  The Government, through AUSA Andrew Colasurdo, has indicated by email that they do not oppose the continuance and resetting of the deadline for pretrial motions.

AGREED MOTION TO CONTINUE TRIAL
AND EXTEND DEDALINE FOR REPLY BRIEFS

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

The continuance is requested so defense counsel can have additional time to review discovery and complete any investigation.

The defense believes a failure to grant a continuance of the trial date would deny the defense the time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. sec. 3161(h)(7)(B)(iv).

Mr. Route has agreed to a continuance of the trial date and will execute a Waiver of Speedy Trial rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. sec. 3161-3174. That waiver will be filed separately.

DATED this 15th day of April, 2025.

Respectfully submitted,

s/Jeffrey Kradel
Jeffrey L. Kradel
WSBA No. 26767
1455 NW Leary Way, Suite 400
Seattle WA 98107
206/397-3102 voice
206/922-5547 facsimile
jeff@kradeldefense.com

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the

AGREED MOTION TO CONTINUE TRIAL
AND EXTEND DEDALINE FOR REPLY BRIEFS

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    AUSA Andrew Colasurdo

/s Jeffrey Kradel

AGREED MOTION TO CONTINUE TRIAL
AND EXTEND DEDALINE FOR REPLY BRIEFS

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com